AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S**

MAXIMINA BANOS MENDEZ, a/k/a Maria Del Carmen Negron Rosario

**DISTRICT COURT NUMBER**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  3-08-70185 JCS

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): WENDY M. THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. |
| Plaintiff, ) | |
| ) | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor) |
| v. ) | |
| ) | |
| MAXIMINA BANOS MENDEZ, ) | |
| a/k/a Maria Del Carmen Negron Rosario, ) | |
| ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about March 24, 2008, in the Northern District of California, the defendant,

MAXIMINA BANOS MENDEZ,
a/k/a Maria Del Carmen Negron Rosario,

knowingly possessed an identification document, that was not issued lawfully for the defendant's use, to wit: a California Driver's License # D1934839, bearing the name Maria Del Carmen

//
//

INFORMATION

1  Negron Rosario, with the intent that such document be used to defraud the United States, in
2  violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4  DATED: 4/7/08                              JOSEPH P. RUSSONIELLO
                                              United States Attorney
5
6
7                                             _____
                                              GREGG W. LOWDER
8                                             Chief, Major Crimes Section
9  (Approved as to form: _____
10                       WENDY THOMAS
                         Special Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION